170 A.3d 316

STATE OF NEW JERSEY IN THE INTEREST OF
N.G., A JUVENILE. (N.G.—PETITIONER)

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004902–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 317

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES MCDOWELL, A/K/A SISA BUTU,
DEFENDANT–PETITIONER.

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court;

A petition for certification of the judgment in A–003848–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.